| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS | |
| Case number *(if known)* _____ Chapter  7 | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name** — Predator Drilling LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — 81-3694091

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 13216 State Hwy 191 | |
| Midland, TX 79707 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Midland | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) — http://www.predatordrilling.com/

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   Predator Drilling LLC  
       Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    2131

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    Predator Drilling LLC                       Case number (*if known*)
          Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other  _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name      _____
         Phone             _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Predator Drilling LLC
       Name

Case number (if known) _____

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/29/2021
              MM / DD / YYYY

X _____   Tim Graham
Signature of authorized representative of debtor   Printed name

Title   Chief Executive Officer

**18. Signature of attorney**

X   /s/ Aaron J. Power   Date   02/01/2021
Signature of attorney for debtor   MM / DD / YYYY

Aaron J. Power
Printed name

Porter Hedges LLP
Firm name

1000 Main Street, 36th Floor
Houston, TX 77002
Number, Street, City, State & ZIP Code

Contact phone   (713) 226-6000   Email address   apower@porterhedges.com

24058058 TX
Bar number and State

## PREDATOR DRILLING LLC

*Joint Written Consent of the Sole Member and Managers*

**January 13, 2021**

The undersigned, being the sole member (the "*Member*") and all of the managers (the "*Managers*") of Predator Drilling LLC, a Texas limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions, which resolutions shall be deemed to be adopted as of the date hereof and to have the same force and effect as if such resolutions were adopted by the vote of the Member and the unanimous vote of the Managers at a duly convened meeting held for such purpose, all in accordance with Section 6.201 of the Texas Business Organizations Code, as amended.

*Proper Officers*

NOW, THEREFORE, BE IT RESOLVED, that for purposes of these resolutions, the "*Proper Officers*" shall mean any one or all of the Company's duly elected Chief Executive Officer, President, any Vice President, and solely for the purposes of attesting to, or certifying the authenticity of signatures, documents, instruments or agreements, the Secretary of the Company, all as appointed pursuant to the following resolutions.

*Filing of Bankruptcy Petition*

WHEREAS, the Managers and the Member, acting pursuant to the laws of the State of Texas, have considered the financial and operational aspects of the Company's business;

WHEREAS, the Managers and the Member have reviewed the historical performance of the Company and the current and long-term liabilities of the Company; and

WHEREAS, the Managers and the Member have analyzed each of the strategic alternatives available to the Company.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Managers, it is desirable and in the best interests of the Company, its creditors, employees, the Member, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 7 of Title 11 of the United States Code (the "*Bankruptcy Code*");

RESOLVED FURTHER, that each of the Proper Officers be, and hereby are, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that such Proper Officer deems necessary, desirable and proper in connection with the Company's Chapter 7 case, with a view to the successful prosecution of such case;

RESOLVED FURTHER, that each of the Proper Officers be, on behalf of the Company, authorized, empowered and directed to retain the law firm of Porter Hedges LLP ("*PH*") as bankruptcy counsel to represent and assist the Company in carrying out its duties under Chapter 7 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and each Proper Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the

filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PH;

RESOLVED FURTHER, that each of the Proper Officers be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each Proper Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 7 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED FURTHER, that each of the Proper Officers be, and hereby are, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by such Proper Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 7 case;

RESOLVED FURTHER, that the Member consents to and approves the filing by the Company of the petition seeking relief under the provisions of Chapter 7 the Bankruptcy Code and all other actions set forth in the foregoing resolutions; and

RESOLVED FURTHER, that any and all actions heretofore taken by a Proper Officer, the Managers or the Member in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

*General*

NOW, THEREFORE, BE IT RESOLVED, that the Proper Officers be, and they hereby are, authorized and directed to make, execute, provide and deliver any and all statements, applications, certificates, representations, payments, notices, receipts and other instruments, agreements and documents and to take any and all other action which, in the opinion of such Proper Officers are, or may be, necessary, advisable or appropriate in connection with, or to consummate any of the transactions contemplated in the foregoing resolutions;

RESOLVED FURTHER, that the form of any additional resolution required in connection with the resolutions contained herein be and hereby is approved and adopted, provided the Proper Officers, on the advice of counsel, consider the adoption thereof necessary or advisable, in which case, the Secretary of the Company hereby is directed to insert as an appendix hereto a copy of such resolution, which shall thereupon be deemed to have been adopted by the Member and the Managers with the same force and effect as if it were set out verbatim herein;

RESOLVED FURTHER, that any and all actions heretofore or hereafter taken by any Proper Officer within the terms of the foregoing resolutions are hereby ratified and confirmed as the act and deed of the Company; and

RESOLVED FURTHER, that this consent may be executed in multiple counterparts, by means of original, portable document format (PDF) or facsimile signature, all of which shall be considered one and the same consent and shall become effective when signed by the Member and all of the Managers.

[*Signature Page Follows*]

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the date written above.

**SOLE MEMBER:**

**PREDATOR GLOBAL CORP**
a Texas corporation

By: _____
Name: Tim Graham
Title: Chief Executive Officer

**MANAGERS:**

_____
Lisa Properzi

_____
Tim Graham

[SIGNATURE PAGE TO THE JOINT WRITTEN CONSENT OF THE SOLE MEMBER AND THE MANAGERS OF PREDATOR DRILLING LLC]