**Fill in this information to identify the case:**

Debtor name    Predator Drilling LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ _____0.00_____

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $ _____6,435.32_____

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $ _____6,435.32_____

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ _____6,274,250.00_____

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____136,072.00_____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ _____20,075,942.36_____

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b
   $ _____26,486,264.36_____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Predator Drilling LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Canadian Imperial Bank of Commerce | Operating | 1926 | $170.28 |
| 3.2. | Canadian Imperial Bank of Commerce | Payroll | 4090 | $265.04 |
| 3.3. | Regions Bank | PPP | 8880 | $0.00 |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $435.32

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Predator Drilling LLC
_____    Case number *(If known)* _____
          Name

8.1.  None _____    $0.00

---

9.   **Total of Part 2.**                                          $0.00
     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:      0.00    -         0.00   = ....       $0.00
                        face amount         doubtful or uncollectible accounts

11b. Over 90 days old:    230,000.00    -    230,000.00   =....       $0.00
                        face amount         doubtful or uncollectible accounts

12.    **Total of Part 3.**                                         $0.00
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

39.    **Office furniture**

Debtor   Predator Drilling LLC                                          Case number *(If known)* _____
_____
Name

| Furniture | | $0.00 | | $3,000.00 |

40.   **Office fixtures**
Computers                                                $0.00                              $3,000.00

41.   **Office equipment, including all computer equipment and
communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $6,000.00 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71.   **Notes receivable**
Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    Predator Drilling LLC
          _____          Case number *(If known)*    _____
          Name

          Net Operating Losses
          _____          Tax year  _____          Unknown

73.  **Interests in insurance policies or annuities**
     Potential refund based on pending insurance audit of
     Assured Partners of Colorado                                                                     Unknown

74.  **Causes of action against third parties (whether or not a lawsuit
     has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**                                                                  | $0.00 |

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Predator Drilling LLC              Case number *(If known)* _____
       Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $435.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,435.32 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,435.32 |

**Fill in this information to identify the case:**

Debtor name  Predator Drilling LLC

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1**  Export Development Canada
Creditor's Name

150 Slater
Ottawa, Ontario, Canada
K1A 1K3
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
3/5/2018

**Last 4 digits of account number**
7212

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All personal property

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: CDN $6,274,250.00
Column B: $0.00

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $6,274,250.00

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name    Predator Drilling LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>State of New Mexico<br>Taxation and Revenue Department<br>5301 Central Ave NE 6th Floor<br>PO Box 8485<br>Albuquerque, NM 87198 | $136,072.00 | $136,072.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Related to 2018 and 2019 Unpaid Gross Receipts Tax

Last 4 digits of account number 0003

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>1211932 AB Ltd<br>52 Vienna Close<br>Red Deer, AB  T4R 2R5<br>Tim Wilson | $5,500.00 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Trade Claim

Is the claim subject to offset? ☑ No ☐ Yes

|  |  | Amount of claim |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address<br>ADP, LLC<br>PO Box 842875<br>Boston, MA 02284 | $465.85 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  9579

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Debtor __Predator Drilling LLC_____  Case number (if known) _____
      Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,311.86 |
|---|---|---|---|

Air Gas USA LLC
Attn: Kendal Wood
PO Box 734671
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228,026.89 |
|---|---|---|---|

AJ'S Drilling Rig Supply
Attn: Angie Cooper
PO Box 4106
Odessa, TX 79760

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,830.00 |
|---|---|---|---|

Amaritech Automation Electric & Controls
102-243 Clearview Dr
Red Deer County, AB  T4E 0A1
Jamie Cook

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,641.59 |
|---|---|---|---|

Austin Hose
Attn: Roxanne Sanchez
PO Box 7890
Amarillo, TX 79114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $882.00 |
|---|---|---|---|

Axiom Medical Consulting LLC
PO Box 207282
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,324.74 |
|---|---|---|---|

Axon Drilling Products dba Henderson Dri
Attn: Trisheena Rollings
6750 Bender Rd
Humble, TX 77396

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,122.00 |
|---|---|---|---|

Best Bet Safety
Attn: Amanda Cannon
PO Box 7153
Midland, TX 79708

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Predator Drilling LLC                                   Case number (if known)
_____                         _____
Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,512.19 |
|---|---|---|---|
| | BOP Ram and Iron<br>PO Box 872<br>Weatherford, OK 73096 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Claim_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,598.43 |
|---|---|---|---|
| | BT Midstream, LLC<br>Attn: Aaron Young<br>PO Box 5061<br>Abilene, TX 79608 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Claim_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,025.59 |
|---|---|---|---|
| | Buckeye Inc.<br>Attn: Carlos Montes<br>PO Box 5564<br>Midland, TX 79704 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,500.25 |
|---|---|---|---|
| | Caliche Oilfield Services LLC<br>200 E 42nd St., Suite C-201<br>Odessa, TX 79762 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Claim_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,324,079.56 |
|---|---|---|---|
| | Cantrell Trucking Inc.<br>Attn: Steve & Candice Cantrell<br>P.O. Box 52570<br>Midland, TX 79710 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,077.50 |
|---|---|---|---|
| | CapRock Oil Tools, Inc.<br>Attn: Lauri Wollney<br>3446 S. Main St<br>Pearland, TX 77581 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Claim_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,600.66 |
|---|---|---|---|
| | Cascade Process Control, INC<br>Attn: Stacey Faickney<br>#225-3323 N. Midland Drive Suite 113<br>Midland, TX 79707 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Claim_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   Predator Drilling LLC                                    Case number (if known) _____
_____
              Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,245.40 |
|------|---|---|---|

**3.17** Nonpriority creditor's name and mailing address
Cheyenne Tire Company
PO Box 13975
Odessa, TX 79768

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade Claim_

Is the claim subject to offset? ☐ No ☐ Yes

$2,245.40

---

**3.18** Nonpriority creditor's name and mailing address
Cintas Corporation

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$397.14

---

**3.19** Nonpriority creditor's name and mailing address
Clean Harbors Surface Rentals USA, Inc.
Industrial Services
PO Box 3442
Boston, MA 02241

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$4,169.88

---

**3.20** Nonpriority creditor's name and mailing address
Crossfire Rental, LLC
Attn: Anna Gail Grassie
PO Box 62313
Midland, TX 79711

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

$255,706.34

---

**3.21** Nonpriority creditor's name and mailing address
CRS Diagnostic Services, LLC
5000 E. University, Ste. 4
Odessa, TX 79762

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

$425.00

---

**3.22** Nonpriority creditor's name and mailing address
De Lage Landen Financial Services, Inc.
PO Box 41602
Philadelphia, PA 19101

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,814.45

---

**3.23** Nonpriority creditor's name and mailing address
Dick's Oilfield Instrument Sales & Servi
Attn: Jamie Bryan
PO Box 69092
Odessa, TX 79769

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$5,433.07

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Predator Drilling LLC
                Name                                                      Case number (if known) _____

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,610.22 |
|---|---|---|---|

Diesel Engine Specialty
Attn: Kim Palmer
5540 East Poppy Dr.
Gardendale, TX 79758

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,380.00 |
|---|---|---|---|

Eagle Propane & Fuels
Attn: Sandra Harding
PO Box 61777
Midland, TX 79711

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $38,146.00 |
|---|---|---|---|

EnerCom Networks, LLC In Care of Gompers
Becca Pochiba  AR/ Kent Whitake Sales/
Holly CPA
2001 Main St. Suite 401
Wheeling, WV 26003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,289.92 |
|---|---|---|---|

Expedi Inc
Attn: Shelley Graham
6001 Stonington Street, Suite 196
Houston, TX 77040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | CDN $5,035,315.00 |
|---|---|---|---|

Export Development Canada
150 Slater
Ottawa, Ontario, Canada K1A 1K3

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/31/2017

**Basis for the claim:** _

**Last 4 digits of account number** 4593

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,075.00 |
|---|---|---|---|

Express Energy Services, Inc
Dept# 42186
PO Box 650823
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,045.60 |
|---|---|---|---|

Extreme Kutrite and Machine Inc
Attn: Teresa Jenkins
PO Box 14187
Odessa, TX 79768

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Predator Drilling LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,593.11 |
|---|---|---|---|

FedEx Freight
Dept CH PO Box 10306
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $526,356.69 |
|---|---|---|---|

Firethorne Downhole LLC
Attn: Bekah Weaver
8820 NW Loop 338 Bldg 7
Odessa, TX 79764

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Litigation Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $378.88 |
|---|---|---|---|

Gia Commercial Cleaning Services
PO Box 14075
Odessa, TX 79768

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $60,791.29 |
|---|---|---|---|

Goodman Factors FBO RHI Tech Services LL
Attn: Jan Britts
PO Box 29647
Dallas, TX 75229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,398.32 |
|---|---|---|---|

Gulf Coast Business Credit
Sons of Texas
Attn: JB McKibben
PO Box 732951
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,990.00 |
|---|---|---|---|

Halliburton
Attn: Chad Valdez
3000 N Sam Houston Pkwy E
Houston, TX 77032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,000.00 |
|---|---|---|---|

Hammertech Ltd
Attn: Eric Imeson
RR 1
Leslieville, Alberta  T0M 1H0

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Predator Drilling LLC_____  Case number (if known) _____
          Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,346.81 |
|---|---|---|---|

Hansa-Flex USA
Attn: Amanda Joiner
122 John Stockbauer Dr
Victoria, TX 77901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,477.46 |
|---|---|---|---|

Hilliard Office Solutions

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,620.35 |
|---|---|---|---|

Horizon Cable Services Inc
Attn: Robert Fleet/ Michelle Gay
PO Box 270895
Oklahoma City, OK 73137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,259.43 |
|---|---|---|---|

Inter-American Oil Works Inc
Attn: Nancy McCain
PO Box 69170
Odessa, TX 79768

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,368.22 |
|---|---|---|---|

J & W Services and Equipment Company
Attn: Randy Rios
PO Box 11021
Midland, TX 79702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,656.25 |
|---|---|---|---|

Jared D Nielsen & Associates PC
PO Box 885
Tomball, TX 77377

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,570.00 |
|---|---|---|---|

Kublai Drilling Ltd
14301 Caliber Dr. Suite 300
Oklahoma City, OK 73134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   Predator Drilling LLC
_____
Name

Case number (if known)   _____

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,685.32 |

Life Line Technologies LLC
Attn: Kandis Dejean
1028 Forum Drive
Broussard, LA 70518

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $31,462.50 |

Light Duty Services
Attn: David Dench
2182 Santa Anna St
Midland, TX 79705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,113.34 |

Loaded Dice Safety
Attn: Chris Turley
PO Box 13627
Odessa, TX 79768

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $57,234.71 |

Luera's Welding Service, Inc.
PO Box 4108
Alice, TX 78333

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $49,107.16 |

Magic Industries Inc
Attn: Jay Trott
2308 S Laurent St
Victoria, TX 77901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $881.08 |

Martin County Hospital District
PO Box 95581
Grapevine, TX 76099

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,244.76 |

Masterbid Services, LLC
Attn: Debbie Leverett
PO Box 12451
Odessa, TX 79768

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Predator Drilling LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.52** | **Nonpriority creditor's name and mailing address**
Medley Equipment Company
Attn: Frank Henry
PO Box 258881 Section 345
Oklahoma City, OK 73125

**As of the petition filing date, the claim is:** Check all that apply.                $2,459.21
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address**
Mesa Machine Inc
Attn: Christy Miller
8820 NW Loop 338, Ste 4
Odessa, TX 79764-0800

**As of the petition filing date, the claim is:** Check all that apply.                $37,029.08
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**
MIDTX Properties, LLC
5100 W JB Hunt Drive
Suite 1000
Rogers, AR 72758

**As of the petition filing date, the claim is:** Check all that apply.                $1,954.15
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address**
Mud Pump Maintenance Inc
PO Box 14018
Odessa, TX 79768

**As of the petition filing date, the claim is:** Check all that apply.                $2,050.64
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address**
National Oilwell Varco, DBA MD TOTCO
Wells Fargo Bank NA
PO Box 201153
Dallas, TX 75320

**As of the petition filing date, the claim is:** Check all that apply.                $36,647.97
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address**
Northeastern Equipment & Supply Co, LLC
Attn: Brent Rhodes
314 Agway Road
Martinsburg, PA 16662

**As of the petition filing date, the claim is:** Check all that apply.                $2,629.92
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address**
Owens Machine & Tool
Attn: Tina Wall
917 Oil Center Dr
Abilene, TX 79601

**As of the petition filing date, the claim is:** Check all that apply.                $22,840.75
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Predator Drilling LLC**      Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** <br> Pason Systems USA Corp. <br> 7701 West Little York, Suite 800 <br> Houston, TX 77040 <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.      **$55,696.01** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** <br> Pilot Thomas Logistics, LLC <br> Attn: Jacob Collette <br> PO Box 677732 <br> Dallas, TX 75267 <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.      **$1,397.43** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** <br> PO Box 52510 <br> Attn: Gina Moon <br> 8621 W County Rd North <br> Midland, TX 79710 <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.      **$1,323.95** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** <br> Predator Drilling, Inc. <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.      **$3,402,857.89** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** <br> Predator Global Corp. <br> 210 Clearskye Way <br> Red Deer, Alberta TAE 0A1 <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.      **$518,601.37** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** <br> Predator Global Corp. <br> 210 Clearsky Way <br> Red Deer, Alberta TAE 0A1 <br><br> **Date(s) debt was incurred** April 1, 2017 <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.      **$3,136,487.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Promissory Note <br><br> Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** <br> Predator Global Corp. <br> 210 Clearsky Way <br> Red Deer, Alberta TAE 0A1 <br><br> **Date(s) debt was incurred** April 1, 2017 <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.      **$2,946,254.00** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Promissory Note <br><br> Is the claim subject to offset? ■ No ☐ Yes |

Debtor   **Predator Drilling LLC**                                          Case number (if known) _____
_____
Name

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,440.27 |
|---|---|---|---|

Premium Oilfield Technologies
Dept 150
PO Box 4458
Houston, TX 77210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $66,520.00 |
|---|---|---|---|

ProTorque Energy, Inc
Attn: Lorraine Anderson
PO Box 5187
Midland, TX 79704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $650.00 |
|---|---|---|---|

R & R Welding LLC
Attn: Raven Rayner
11351 W 20th St
Odessa, TX 79763

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,107,500.00 |
|---|---|---|---|

Regions Bank
5050 W Northgate Rd
Rogers, AR 72758

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __SBA PPP Loan__

**Last 4 digits of account number** __8880__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,110.88 |
|---|---|---|---|

Reliable Energy Services Ltd
Attn: Greg Langevin
34 Allard Cres
Red Deer, Alberta  T4R 3J2

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $826.90 |
|---|---|---|---|

Republic Services
PO Box 78829
Phoenix, AZ 85062-9000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,138.74 |
|---|---|---|---|

Ringco Oilfield Services
Attn: Deanna Roberts
PO Box 10246
Midland, TX 79706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

Debtor  Predator Drilling LLC
_____
      Name

Case number (if known) _____

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,098.25 |

Seaboard International Inc dba Weir Seab
PO Box 301861
Dallas, TX 75303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,334.00 |

Self Made Diesel, LLC
Attn: Raymond Guzman
1441 Beech St
Abilene, TX 79601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,500.00 |

Shatasha Free Roberts
1307 James St
Sweetwater, TX 79556

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27,717.50 |

Smith & Rives, PC
PO Box 640
Monahans, TX 79756

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $51,960.00 |

Smith International Inc
Attn: Lourdes Mulligan
1200 Enclave Parkway MD323
Houston, TX 77077

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $148,638.00 |

State of New Mexico
Taxation and Revenue Department
5301 Central Ave NE 6th Floor
PO Box 8485
Albuquerque, NM 87198

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  0003

**Basis for the claim:**  Related to 2017 Unpaid Gross Receipts Tax

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,000.00 |

TanMar Rentals LLC
Attn: Vanessa Gonzales
PO Box 1376
Eunice, LA 70535

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Predator Drilling LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $76,991.25 |
|---|---|---|---|

Taurex Drill Bits LLC
Attn: Stephanie Smith
2601 Venture Dr
Norman, OK 73069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $129,163.19 |
|---|---|---|---|

Texas Fueling Services, Inc.
Attn: Connie Calobreves
PO BOX 207466
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,146.08 |
|---|---|---|---|

Texas Rig Equipment LLC
PO Box 146
Midland, TX 79702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,053.44 |
|---|---|---|---|

The Rig Shop Oilfield Supply Ltd.
1704-66 Ave
Edmonton, AB  T6P 1M4

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,738.35 |
|---|---|---|---|

Third Coast Commercial Capital, Inc. FBO
Maintenance and Repair Dept. 224
Attn: Jessica Taylor
PO Box 14910
Humble, TX 77347

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,331.48 |
|---|---|---|---|

Tino's Machining
809 Yukon Rd
Odessa, TX 79764

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,176.60 |
|---|---|---|---|

Turning Point Specialty Services
Attn: Nora Cantu
PO Box 3314
Alice, TX 78333

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Predator Drilling LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $37,164.59 |
|---|---|---|---|

Ulterra Drilling Technologies, L.P.
Attn: Terry Nichols
PO Box 733586
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $29,303.14 |
|---|---|---|---|

Universal Technical Energy Services LLC
Attn: Jody Gibbons
8001 East Hwy 80
Odessa, TX 79765

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,561.44 |
|---|---|---|---|

Warren CAT
PO Box 842116
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $42,138.00 |
|---|---|---|---|

Watchdog Inspection Services, Inc
Attn: Stacy Sauer
9006 South County Road 1315
Odessa, TX 79766

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,250.00 |
|---|---|---|---|

Xcel Safety Training Solutions
Attn: Kevin Braggs
PO Box 3632
Houston, TX 77253

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,173.08 |
|---|---|---|---|

Yellowjacket Oilfield Services LLC
Attn: Alicia Rodriguez
PO Box 841516
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor    Predator Drilling LLC
_____
Name

Case number (if known) _____

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $        136,072.00 |
| **5b. Total claims from Part 2** | 5b.  **+** | $    20,075,942.36 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $     20,212,014.36 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Predator Drilling LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    Master Services Agreement | |
|     State the term remaining | Apache Corporation |
|     List the contract number of any government contract | 2000 Post Oak Blvd., Suite 100 Houston, TX 77056 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    Master Services Agreement | |
|     State the term remaining | Black Swan Operating, LLC |
|     List the contract number of any government contract | 203 W. Wall St., Suite 304 Midland, TX 79701 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    Master Services Agreement | |
|     State the term remaining | BPX Production Company |
|     List the contract number of any government contract | 501 Westlake Park Blvd. Houston, TX 77079 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    Master Services Agreement | |
|     State the term remaining | Cimarex |
|     List the contract number of any government contract | 600 N. Marienfeld Street Midland, TX 79701 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   Predator Drilling LLC
    First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — Master Services Agreement | |
| State the term remaining | COG Operating, LLC<br>One Concho Center<br>600 W. Illinois Avenue<br>Midland, TX 79701 |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — Master Services Agreement | |
| State the term remaining | Colgate Operating, LLC<br>306 West Wall Street, Suite 500<br>Midland, TX 79701 |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — Master Services Agreement | |
| State the term remaining | Conoco Phillips<br>Attn: John Cessna<br>935 N. Eldridge Pkwy<br>Houston, TX 77079 |
| List the contract number of any government contract | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement | |
| State the term remaining | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| List the contract number of any government contract | |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — Master Services Agreement | |
| State the term remaining | Diamondback E&P LLC<br>Attn: Kimberly Clayton<br>515 Central Park Drive, Suite 500<br>Oklahoma City, OK 73105 |
| List the contract number of any government contract | |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — Master Services Agreement | |
| State the term remaining | Encana<br>370 17th Street, Suite 1700<br>Denver, CO 80202 |
| List the contract number of any | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   Predator Drilling LLC

First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract _____ | _____ |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | |
|---|---|---|---|
| | State the term remaining | | Halcon Operating Co., Inc. |
| | List the contract number of any government contract | | 1000 Louisiana Street, Suite 6700 Houston, TX 77002 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | |
|---|---|---|---|
| | State the term remaining | | Hilliard Office Solutions |
| | List the contract number of any government contract | | P.O. Box 52510 Midland, TX 79710 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | |
|---|---|---|---|
| | State the term remaining | | Laredo Petroleum, Inc. |
| | List the contract number of any government contract | | 15 W 6th Street, Suite 900 Tulsa, OK 74119 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | |
|---|---|---|---|
| | State the term remaining | | Luxe Energy LLC |
| | List the contract number of any government contract | | 6500 River Place Blvd. Bldg. 5, Suite 150 Austin, TX 78730 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | |
|---|---|---|---|
| | State the term remaining | | Luxe Operating LLC |
| | List the contract number of any government contract | | 6500 Rive Place Blvd. Building 6, Suite 150 Austin, TX 78730 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | |
|---|---|---|---|
| | | | MDC Texas Energy, LLC 24 Smith Rd Midland, TX 79705 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   Predator Drilling LLC

First Name          Middle Name          Last Name

Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | |
|---|---|---|---|
| | State the term remaining | | Oasis Petroleum Permian LLC |
| | List the contract number of any government contract | | 1001 Fannin Street, Suite 1500 Houston, TX 77002 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | |
|---|---|---|---|
| | State the term remaining | | RKI Exploration & Production, LLC |
| | List the contract number of any government contract | | 210 Park Ave, Ste 900 Oklahoma City, OK 73102 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | |
|---|---|---|---|
| | State the term remaining | | TAP Rock Operating, LLC |
| | List the contract number of any government contract | | 602 Park Point Drive, Suite 200 Golden, CO 80401 |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Lease - P.O. Box | |
|---|---|---|---|
| | State the term remaining | 02/28/2021 | United States Postal Service Downtown Midland Post Office |
| | List the contract number of any government contract | | 100 E Wall St Midland, TX 79701 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | |
|---|---|---|---|
| | State the term remaining | | WPX Energy Permian, LLC |
| | List the contract number of any government contract | | 333 West Sheridan Avenue Oklahoma City, OK 73102 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name ___Predator Drilling LLC_____

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF TEXAS_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | 2006835 Alberta Ltd. | 210 Clearsyke Way Red Deer, Alberta, Canada T4E 0A1 | Export Development Canada | ☑ D __2.1__ ☑ E/F __3.25__ ☐ G _____ |
| 2.2 | Cantrell Trucking, Inc | 1511 SCR 1101 Midland, TX 79706 | Export Development Canada | ☑ D __2.1__ ☑ E/F __3.25__ ☐ G _____ |
| 2.3 | MidTx Equipment, LLC | 13216 State Highway 191 Midland, TX 79707 | Export Development Canada | ☑ D __2.1__ ☑ E/F __3.25__ ☐ G _____ |
| 2.4 | Predator Drilling, Inc | 210 Clearsyke Way Red Deer, Alberta, Canada T4E 0A1 | Export Development Canada | ☑ D __2.1__ ☑ E/F __3.25__ ☐ G _____ |
| 2.5 | Predator Global Corp. | 210 Clearsyke Way Red Deer, Alberta, Canada T4E 0A1 | Export Development Canada | ☑ D __2.1__ ☑ E/F __3.25__ ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name      Predator Drilling LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

---

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

■   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

■   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

■   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

■   Schedule H: Codebtors (Official Form 206H)

■   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐   Amended Schedule

☐   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

■   Other document that requires a declaration    Statement of Financial Affairs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/29/2021      X _____
                             Signature of individual signing on behalf of debtor

                             Tim Graham
                             Printed name

                             Chief Executive Officer
                             Position or relationship to debtor

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com