IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| PREDATOR DRILLING LLC, | § | CASE NO. 21-30316-EVR-7 |
| | § | |
| *Debtor.* | § | |

**NOTICE OF APPEARANCE PURSUANT TO**
**BANKRUPTCY RULE 9010(b) AND REQUEST FOR ALL COPIES**
**PURSUANT TO BANKRUPTCY RULE 2002**

Export Development Canada ("EDC"), as a creditor and party-in-interest herein, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

>J. Mark Chevallier
>McGUIRE, CRADDOCK & STROTHER, P.C.
>550 N. Akard Street, Suite 2200
>Dallas, TX 75201
>T: 214. 954.6800
>F: 214.954.6868
>mchevallier@mcslaw.com

This request encompasses all notices, copies and pleadings referred to in Title 11, United States Code, or in Rules 2002, 3009, 9007, or 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), including, without limitation, Orders, Motions, Demands, Complaints, Petitions, Pleadings or Requests, Applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affects or seeks to affect the above case.

DATED: March 8, 2021

Respectfully submitted,

/s/J. Mark Chevallier  [2021-03-08]
**J. MARK CHEVALLIER**
TX State Bar No. 04189170
**MCGUIRE, CRADDOCK & STROTHER, P.C.**
550 North Akard Street, Suite 2200
Dallas, Texas 75201
T: 214.954.6800
F: 214.954.6868
mchevallier@mcslaw.com

**COUNSEL FOR EXPORT DEVELOPMENT CANADA**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Notice of Appearance was served via electronic mail to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

/s/J. Mark Chevallier  [2021-03-08]
**J. MARK CHEVALLIER**