United States Bankruptcy Court
Southern District of Texas

**ENTERED**
October 01, 2021
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

**Debtor Name:**

**PREDATOR DRILLING, L.L.C.** **No. 21-30316**

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

Upon consideration of the Motion for Relief from Automatic Stay ("Motion"), and after notice and opportunity for a hearing,

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. To the extent it applies, the automatic bankruptcy stay is hereby lifted and terminated, and Movant may continue his state court suit against Debtor in Cause No. B-21-06-0640-CV; *Graciela Marquez, Individually and on Behalf of Ivan Marquez as an Incapacitated Person vs. Gerold Duwayne Zellner, Cantrell Trucking, Inc. d/b/a Cantrell Trucking and Predator Drilling, LLC* now pending in the 161st Judicial District Court of Ector County, Texas. for the purpose of adjudicating and liquidating Debtor's liability, if any, to Movant in such suit. Any judgment obtained against the Debtor in such state court suit by Movant shall be collected solely from any available policies of insurance which may provide coverage for any such liability of the Debtor.

Signed: October 01, 2021

Eduardo V. Rodriguez
United States Bankruptcy Judge